### 9181. THOMAS *v.* THE STATE.

BROYLES, P. J. The verdict was amply supported by the evidence, and no error of law appears to have been committed upon the trial.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED OCTOBER 30, 1917.

Indictment for felony; from Colquitt superior court—Judge Thomas. August 25, 1917.

*James Humphreys,* for plaintiff in error.

*Fondren Mitchell, solicitor-general,* contra.